# UNITED STATES DISTRICT COURT
## for the
### Middle District of Georgia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: 7:23-CR-00001-001 |
| Willie Brice | ) |
| | ) USM No: 54651-510 |
| Date of Original Judgment: October 2, 2023 | ) |
| Date of Previous Amended Judgment: | ) Danisha L. McClary |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO AMENDMENT 821

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under Amendment 821 for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Brice is not a Zero-Point Offender, and he did not receive "status points" therefore, he is not eligible for a sentence reduction pursuant to Amendment 821. Brice's motion for appointment of counsel is denied as moot.

Except as otherwise provided, all provisions of the judgment dated   October 2, 2023   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   04/04/2024                    /s/ W. Louis Sands
                                            *Judge's signature*

Effective Date: _____              W. Louis Sands, Senior U.S. District Judge
*(if different from order date)*            *Printed name and title*