IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:23-CR-00001 (WLS-TQL-1) |
| | : |
| WILLIE BRICE, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

On July 24, 2024, Defendant's pro se letter (Doc. 41) to the Court has been docketed. Therein, Defendant wants the Court to adjust his criminal history points and reduce his current sentence.

Upon review, the Court finds that Defendant needs to file a proper motion to make a request for reduction of his sentence so that the Government can file a response to it in order for the Court to properly consider Defendant's request. Therefore, Defendant is **ORDERED** to file a proper motion regarding his request for reduction of his sentence, if he so wishes, within **twenty-one (21) days** of entry of this Order. Failure to do so will result in Defendant's pro se letter (Doc. 41) being struck from the record. If and once Defendant files a proper motion, the Government is **ORDERED** to file a response to it for the Court's full consideration.

**SO ORDERED**, this 30th day of July 2024.

                                                     /s/ W. Louis Sands
                                                   **W. LOUIS SANDS, SR. JUDGE**
                                                   **UNITED STATES DISTRICT COURT**